| | |
|---|---|
| 1 | LYSSA S. ANDERSON |
| | Nevada Bar No. 5781 |
| 2 | RYAN W. DANIELS |
| | Nevada Bar No. 13094 |
| 3 | KRISTOPHER J. KALKOWSKI |
| | Nevada Bar No. 14892 |
| 4 | KAEMPFER CROWELL |
| | 1980 Festival Plaza Drive, Suite 650 |
| 5 | Las Vegas, Nevada  89135 |
| | Telephone:   (702) 792-7000 |
| 6 | Fax:            (702) 796-7181 |
| | landerson@kcnvlaw.com |
| 7 | rdaniels@kcnvlaw.com |
| | kkalkowski@kcnvlaw.com |

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*and Joseph Lombardo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICAH D. KALENOWSKI , | Case No.:   2:20-cv-01743-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT [ECF No. 13]** |
| CITY OF LAS VEGAS, NEVADA, et al. | |
| Defendants. | |
| | **(First Request)** |

Defendants, Las Vegas Metropolitan Police Department and Joseph Lombardo ("LVMPD Defendants"), and Plaintiff, Micah D. Kalenowski ("Plaintiff") by and through their Counsel agree to stipulate and extend the deadline for the LVMPD Defendants to respond to Plaintiff's Motion for Leave to File First Amended Complaint (the "Motion") filed on March 4, 2021 at ECF No. 13.  The current deadline to respond to the Motion is March 18, 2021.  The

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2774231_1.docx  6943.200

Page 1 of 2

parties agree to extend the deadline for seven (7) days to March 25, 2021, as Counsel requires additional time to review the filing.

This is the parties' first request to extend this deadline and will allow the parties the necessary time to properly brief the issues in the Motion.

DATED this 17th day of March, 2021.

| KAEMPFER CROWELL | McAVOY AMAYA & REVERO |
|---|---|
| */s/ Kristopher J. Kalkowski* | */s/ Michael J. McAvoyAmaya* |
| By: _____ | By: _____ |
| LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>KRISTOPHER J. KALKOWSKI<br>Nevada Bar No. 14892<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada  89135 | MICHAEL J. McAVOYAMAYA<br>Nevada Bar No. 14082<br>TIMOTHY E. REVERO<br>Nevada Bar No. 14603<br>400 S. 4th St., Ste. 500<br>Las Vegas, NV  89101 |
| ***Attorneys for Defendants***<br>***Las Vegas Metropolitan Police***<br>***Department and Joseph Lombardo*** | ***Attorneys for Plaintiff*** |

**IT IS SO ORDERED.**

DATED this 18th day of March, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2774231_1.docx  6943.200

Page 2 of 2