LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Brian Fortner, Jordan Miller, and Marcus Martin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICAH D. KALENOWSKI, | Case No.:   2:20-cv-01743-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO STAY DISCOVERY** |
| CITY OF LAS VEGAS, NEVADA, et al. | |
| Defendants. | |

Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Brian Fortner, Jordan Miller, and Marcus Martin (collectively "LVMPD Defendants"), and Plaintiff Micah Kalenowski, hereby stipulate as follows:

1) Stay discovery until the Court rules on LVMPD Defendants' Motion to Dismiss, (ECF No. 26), and Plaintiff's Motion to Deem Responses to Requests for Admission Timely and Motion

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3168920_1.docx  6943.223

Page 1 of 3

to Withdraw or Amend Deemed Admissions, (ECF Nos. 50, 51).  A stay is necessary because the Court's resolution of these pending Motions may fundamentally affect the scope of the remaining period of discovery in this case, the remaining Defendants, and the on-going claims.  This Stipulation arises from the Parties' efforts to avoid imminent motion practice regarding recent discovery disputes about Plaintiff's setting of depositions and LVMPD Defendants' production of documents.  These discovery disputes are likely to become moot with a ruling on the pending Motions, (ECF Nos. 26, 50, 51).  Thus, a stay of discovery at this time will align with Federal Rule of Civil Procedure 1 declaring that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding."

2) The discovery stay shall include discovery requests recently mailed but not yet due for a response:  Plaintiff's "Second Requests for Production" consisting of a single document containing Requests for Production of Documents, Requests for Admissions, and Request for Interrogatories.  Upon lifting the Stay, the Parties will establish a deadline for responses to these discovery requests, if applicable.

3) In light of the Stipulation to Stay Discovery, Plaintiff will vacate the depositions noticed for Officer Martin, Officer Fortner, Ken Katsaris, and Captain Carlos Hank, which are all set for dates in July 2022; and LVMPD Defendants will vacate the deposition of Plaintiff's retained expert Thomas J. Tiderington, which is set for July 21, 2022.

4) The Parties will submit a new proposed Discovery Plan to the Court within twenty-one days after the Court's ruling on LVMPD Defendants' Motion to Dismiss, (ECF No. 26), and Plaintiff's Motions to Withdraw or Amend Deemed Admissions, (ECF Nos. 50, 51), whichever is later.  The new proposed discovery plan will address restarting discovery for a brief period, scheduling of depositions, and re-setting the dispositive motion deadline and joint pretrial order

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3168920_1.docx  6943.223

Page 2 of 3

deadline.

DATED this 28th day of June, 2022.          DATED this 28th day of June, 2022.

KAEMPFER CROWELL                              McAVOY AMAYA & REVERO


By: /s/ Lyssa S. Anderson                    By: /s/ Michael J. McAvoyamaya
   LYSSA S. ANDERSON                            MICHAEL J. McAVOYAMAYA
   Nevada Bar No. 5781                          Nevada Bar No. 14082
   RYAN W. DANIELS                              TIMOTHY E. REVERO
   Nevada Bar No. 13094                         Nevada Bar No. 14603
   KRISTOPHER J. KALKOWSKI                      1100 E. Bridger Ave.
   Nevada Bar No. 14892                         Las Vegas, NV  89101
   JOSEPH E. DAGHER                             *Attorneys for Plaintiff*
   Nevada Bar No. 15204
   1980 Festival Plaza Drive, Suite 650
   Las Vegas, Nevada  89135
   *Attorneys for Defendants*
   *Las Vegas Metropolitan Police*
   *Department, Brian Fortner, Jordan*
   *Miller, and Marcus Martin*


**IT IS SO ORDERED.**

DATED this __28th__ day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE


IT IS HEREBY ORDERED that a video status hearing is scheduled for 11:00 AM, December 28, 2022.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3168920_1.docx  6943.223

Page 3 of 3