**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICAH D. KALENOWSKI,

    Plaintiff(s),

v.

CITY OF LAS VEGAS, NEVADA, et al.,

    Defendant(s).

2:20-cv-01743-GMN-VCF

**ORDER**

    Due to a conflict on the court's calendar,

    IT IS HEREBY ORDERED that the video status hearing scheduled for 11:00 AM, December 28, 2022, is RESCHEDULED to 11:00 AM, January 4, 2023.

    The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

    DATED this 6th day of October 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE