# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MICAH D. KALENOWSKI,

    Plaintiff(s),

v.

CITY OF LAS VEGAS, NEVADA, et al.,

    Defendant(s).

2:20-cv-01743-GMN-VCF

**ORDER**

Before the court is *Micah D. Kalenowski v. City of Las Vegas, Nevada, et al.*, case number 2:20-cv-1743-GMN-VCF.

On January 4, 2023, the court set a status hearing for April 12, 2023. (ECF No. 70).

The motion to dismiss was pending at that time and has been decided. (ECF NO. 71). The parties have entered a discovery plan and scheduling order in this matter. (ECF Nos. 72 and 73).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for April 12, 2023, is VACATED.

DATED this 11th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE