1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
4  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
5  Las Vegas, Nevada  89135
   Telephone:   (702) 792-7000
6  Fax:         (702) 796-7181
   landerson@kcnvlaw.com
7  rdaniels@kcnvlaw.com
   kkalkowski@kcnvlaw.com

8

   *Attorneys for Defendants*
9  *Las Vegas Metropolitan Police Department*
   *Brian Fortner, Jordan Miller, and Marcus Martin*

10

11               **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13

14  MICAH D. KALENOWSKI ,                Case No.:   2:20-cv-01743-GMN-VCF

15              Plaintiff,        **ORDER GRANTING  STIPULATION**
                                  **TO EXTEND TIME REGARDING**
16  vs.                          **PLAINTIFF'S MOTION TO COMPEL**
                                    **AND MOTION TO AMEND**
17  CITY OF LAS VEGAS, NEVADA, et al.      **[ECF Nos. 81, 82]**

18              Defendants.              **(*First Request*)**

19       Defendants, Las Vegas Metropolitan Police Department ("LVMPD"), Brian Fortner,

20  Jordan Miller, and Marcus Martin (collectively "LVMPD Defendants"), and Plaintiff, Micah

21  Kalenowski, stipulate to extend the current deadlines of June 21, 2023, for LVMPD Defendants to

22  file a Response to Plaintiff's Motion to Compel, (ECF No. 81), and June 22, 2023, for LVMPD

23  Defendants to file a Response to Plaintiff's Motion to Amend, (ECF No. 82), by seven days, to

24  June 28 and 29, 2023:

1.      On June 7, 2023, Plaintiff filed a Motion to Compel, (ECF No. 81); and on June 8, 2023, Plaintiff filed a Motion to Amend his First Amended Complaint, (ECF No. 82);

2.      The deadline to file a Response to the Motion to Compel is June 21, 2023, and for the Motion to Amend is June 22, 2023, after which Plaintiff has 7 days to file Replies.

3.      Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1 impose a good cause standard to extend these deadlines.  "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures*, Inc., 624 F.3d 1253, 1259 (9th Cir. 2010).

4.      Good cause exists to extend these deadlines by one week.  Specifically, LVMPD Defendants' time to oppose the Motions to Compel and Amend inherently involved a shortened schedule because of the June 19, 2023 holiday.  Further, there have recently been several Motions that require briefing from LVMPD Defendants—including a Reply, (ECF No. 83), filed on June 8, 2023, in support of LVMPD Defendants' Motion for Protective Order; and a Response, (ECF No. 85), by LVMPD Defendants filed on June 9, 2023, opposing Plaintiff's Motion to Extend Discovery.  Additionally, LVMPD Defendants' counsel took the deposition of Plaintiff's police practices expert on June 9, 2023, as well as Plaintiff on June 13, 2023; and LVMPD Defendants' counsel will take the deposition of Plaintiff's medical expert on June 21, 2023.  Plaintiff, moreover, set a deposition for Defendant Fortner to occur on June 22, 2023, and has requested a meet and confer call to occur before the response deadlines on the Motion to Compel and Amend to address setting Defendant Martin's deposition and document production.  Last, LVMPD Defendants' counsel must attend a hearing for another matter on June 21, 2023.  In total, this schedule does not provide sufficient time for LVMPD Defendants' counsel to address all issues raised in Plaintiff's Motions to Compel and Amend by the current response deadlines.

5.      An extension of time will ensure that the Court has appropriate briefing on

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3454706_1.docx  6943.223

Page 2 of 3

Plaintiff's Motion to Amend before making a ruling.  Neither party will suffer prejudice from the extension of one week for briefing, and this Stipulation is brought in a good-faith effort to litigate the case on its merits.

6.      The extended deadlines will be as follows: June 28, 2023, for LVMPD Defendants to file a Response to Plaintiff's Motion to Compel; June 29, 2023, for LVMPD Defendants to file a Response to Plaintiff's Motion to Amend; July 12, 2023, for Plaintiff to file a Reply in support of the Motion to Compel; and July 13, 2023, for Plaintiff to file a Reply in support of the Motion to Amend.

DATED this 16th day of June, 2023.          DATED this 16th day of June, 2023.

KAEMPFER CROWELL                          McAVOY AMAYA & REVERO

By:  /s/ Lyssa S. Anderson                      By:  /s/ Michael J. McAvoyAmaya
     LYSSA S. ANDERSON                              MICHAEL J. McAVOYAMAYA
     Nevada Bar No. 5781                            Nevada Bar No. 14082
     RYAN W. DANIELS                                TIMOTHY E. REVERO
     Nevada Bar No. 13094                           Nevada Bar No. 14603
     KRISTOPHER J. KALKOWSKI                        1100 E. Bridger Ave.
     Nevada Bar No. 14892                           Las Vegas, NV  89101
     1980 Festival Plaza Drive, Suite 650           **Attorneys for Plaintiff**
     Las Vegas, Nevada  89135
     **Attorneys for Defendants**
     **Las Vegas Metropolitan Police**
     **Department, Brian Fortner, Jordan**
     **Miller, and Marcus Martin**

**IT IS SO ORDERED.**

DATED this 21st day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE