LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Brian Fortner, Jordan Miller, and Marcus Martin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICAH D. KALENOWSKI , <br><br>　　　　　　Plaintiff, <br><br> vs. <br><br> CITY OF LAS VEGAS, NEVADA, et al. <br><br>　　　　　　Defendants. | Case No.:   2:20-cv-01743-GMN-VCF <br><br> **STIPULATION TO EXTEND THE DEADLINE TO FILE DISPOSITIVE MOTIONS** <br> **(First Request)**[1] |

IT IS HEREBY STIPULATED AND AGREED between the parties that the current deadline to file dispositive motions of July 23, 2023, be continued for a period of 45 days up to and including **September 6, 2023**.  Good cause supports the extension of time because LVMPD Defendants have agreed to allow Plaintiff to conduct two depositions after the discovery period that ended on June 23, 2023: a deposition of Defendant Martin, and a deposition of LVMPD

---

[1] This is the parties' first Stipulation to extend just the dispositive motions deadline.  The parties have previously filed six Stipulations to extend discovery. Plaintiff's Motion to Extend Discovery is still pending and this stipulation in not intended to supplant that Motion.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3465020_1  6943.200

Page 1 of 5

Defendants' Police Practices Expert, Ken Katsaris. Additional time is needed for the depositions to occur, the parties to receive transcripts, then adequately prepare dispositive motions.

## I. DISCOVERY COMPLETED TO DATE

The discovery period closed on June 23, 2023. During the discovery period, LVMPD Defendants provided Rule 26 Disclosures and eighteen supplemental Disclosures to Plaintiff. Plaintiff provided Rule 26 Disclosures and two supplemental Disclosures. The Parties have served Interrogatories, Requests for Production of Documents, and Requests for Admissions, and the Parties have entered into a Stipulated Protective Order.

LVMPD Defendants served eighteen out-of-state third-party subpoenas which netted over 600 pages of medical records and incident reports and video from the third-party venue where Plaintiff's at-issue arrest took place. LVMPD Defendants have retained experts, including a medical expert and police practices expert, as has Plaintiff. LVMPD Defendants conducted depositions of Plaintiff's two experts and Plaintiff. Plaintiff conducted the depositions of Defendant Miller and Defendant Fortner.

## II. DISCOVERY YET TO BE COMPLETED

The Parties are coordinating the depositions of Defendant Martin and LVMPD Defendants' police practices expert, Ken Katsaris. The depositions are tentatively set to be completed by the second week of August 2023.

Plaintiff intends to take 30(b)(6) depositions of Defendant LVMPD, but cannot take those depositions without rulings on the pending discovery motions. Said deposition will require a Motion to Compel if the Motion to Extend is not granted.

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3465020_1  6943.200

Page 2 of 5

### III.  REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

On June 7, 2023, Plaintiff e-mailed four Notices of Deposition to LVMPD Defendants' counsel.  One of the Notices set Mr. Katsaris's deposition for June 22, 2023, and another set Defendant Martin's deposition for July 20, 2023, which meant to state June 20, 2023.  Neither Defendant Martin nor Mr. Katsaris were available on these dates.  Defendant Martin was not available due to an already planned vacation.  LVMPD Defendants' police practices expert, Ken Katsaris, was not available due to previously scheduled travel for work regarding another lawsuit unrelated to this matter.

LVMPD Defendants agreed to allow Plaintiff to conduct the depositions of these two individuals after the close of discovery on June 23, 2023.  Plaintiff re-set Mr. Katsaris's deposition to then occur on June 28, 2023, but then vacated that deposition due to Plaintiff's counsel having a vacation planned.  Accordingly, the parties are now coordinating new dates for Mr. Katsaris's and Defendant Martin's depositions, which are both expected to be completed by the second week of August 2023.

**PROPOSED EXTENDED DEADLINES**

The Parties respectfully request this Court enter an order as follows:

**(A)  Discovery Deadline.**

This deadline has expired, and this Stipulation does not extend this deadline.

**(B)  Experts and Rebuttal Experts.**

This deadline has expired, and this Stipulation does not extend this deadline.

**(C)  Dispositive Motions.**

All dispositive motions shall be filed by **September 6, 2023**.

**(D)  Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3465020_1  6943.200

Page 3 of 5

served 30 days prior to the commencement of Trial.  Oppositions shall be filed and served and the motion submitted for decision 14 days thereafter.  Reply briefs will be allowed only with leave of the Court.

### (E)    Pretrial Order.

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty (30) days after the date set for filing dispositive motions, which is **October 6, 2023**, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections shall be included in the final pretrial order.

### (F)    Extensions or Modification of the Discovery Plan and Scheduling Order.

In accordance with LR 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline.  A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect.  Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a)    A statement specifying the discovery completed;

(b)    A specific description of the discovery that remains to be completed;

(c)    The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)    A proposed scheduled for completing all discovery.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3465020_1  6943.200

Page 4 of 5

1 | The parties have been diligent in completing discovery. However, there were numerous third-parties that did not timely respond to Subpoenas and it has caused delay which has necessitated the need for more time.

This request for an extension is joined by all the Parties in this case. Trial is not yet set in this matter and dispositive motions have not yet been filed. Plaintiff's counsel was on a planned vacation June 23rd through July 2nd and was without access to his computer to review and edit the stipulation. As such, this stipulation could not be entered until now. The aforementioned excusable neglect occurred because of Plaintiff's counsel's vacation. All parties agree that under the circumstances, given the numerous discovery motions pending and the need to take stipulated depositions outside the discovery schedule, the dispositive motion deadline should be extended.

DATED this 7th day of July, 2023.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
  LYSSA S. ANDERSON
  Nevada Bar No. 5781
  KRISTOPHER J. KALKOWSKI
  Nevada Bar No. 14892
  1980 Festival Plaza Drive, Suite 650
  Las Vegas, Nevada 89135

*Attorneys for Defendants Las Vegas Metropolitan Police Department, Brian Fortner, Jordan Miller, and Marcus Martin*

DATED this 7th day of July, 2023.

McAVOY AMAYA & REVERO

By: /s/ Michael J. McAvoyAmaya
  MICHAEL J. McAVOYAMAYA
  Nevada Bar No. 14082
  TIMOTHY E. REVERO
  Nevada Bar No. 14603
  400 S. 4th St., Ste. 500
  Las Vegas, NV 89101

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this __7th__ day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3465020_1  6943.200

Page 5 of 5