# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| Micah D. Kalenowski, | 2:20-cv-01743-GMN-VCF |
| Plaintiff, | |
| vs. | **Order** |
| City of Las Vegas, Nevada., et al., | |
| Defendants. | |

The parties filed motions for a protective orders, to extend time, to compel, to amend, and for leave. ECF Nos. 78, 79, 81, 82, 89, 90, and 95.

Accordingly,

I ORDER that an in-person hearing on these motions (ECF Nos. 78, 79, 81, 82, 89, 90, and 95) is scheduled for 10:00 AM, September 6, 2023, in Courtroom 3D.

IT IS ORDERED.

DATED this 3rd day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE