LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Brian Fortner, Jordan Miller, and Marcus Martin*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICAH D. KALENOWSKI ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, NEVADA, et al.<br><br>Defendants. | Case No.:   2:20-cv-01743-GMN-VCF<br><br>**STIPULATION TO EXCUSE DEFENDANTS BRIAN FORTNER, JORDAN MILLER and MARCUS MARTIN FROM THE SETTLEMENT CONFERENCE** |

Defendants Las Vegas Metropolitan Police Department, Brian Fortner, Jordan Miller, and Marcus Martin (collectively "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Micah Kalenowski, through his counsel Michael J. McAvoy-Amaya, hereby request, agree, and stipulate to excuse individual Defendants Brian Fortner, Jordan Miller, and Marcus Martin from personal attendance at the settlement conference scheduled for November 16, 2023, at 10:00 AM.  LVMPD Defendants will be represented by LVMPD's General Counsel and she will have authority on their behalf as they are subject to defense and indemnification

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3545109_1.docx  6943.200

Page 1 of 2

under Nevada law. The absence of the individual Officers at the conference will not affect LVMPD Defendants' ability to fully participate in the conference and will ensure that the officers are available to perform their public duties.

DATED this 28th day of September, 2023.　　　DATED this 28th day of September, 2023.

KAEMPFER CROWELL　　　　　　　　　　　McAVOY AMAYA & REVERO

By: /s/ Lyssa S. Anderson　　　　　　　　　　　By: /s/ Michael J. McAvoy-Amaya
LYSSA S. ANDERSON　　　　　　　　　　　MICHAEL J. McAVOY-AMAYA
Nevada Bar No. 5781　　　　　　　　　　　　Nevada Bar No. 14082
KRISTOPHER J. KALKOWSKI　　　　　　　TIMOTHY E. REVERO
Nevada Bar No. 14892　　　　　　　　　　　Nevada Bar No. 14603
1980 Festival Plaza Drive, Suite 650　　　　　400 S. 4th St., Ste. 500
Las Vegas, Nevada 89135　　　　　　　　　　Las Vegas, NV 89101

*Attorneys for Defendants Las Vegas Metropolitan Police Department, Brian Fortner, Jordan Miller, and Marcus Martin*　　　　　　　　　　　*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this 29th day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3545109_1.docx  6943.200

Page 2 of 2