**MCAVOY-AMAYA & REVERO ATTORNEYS**
MICHAEL J. MCAVOY-AMAYA, ESQ. (14082)
600 S. 8TH Street
Las Vegas, Nevada 89101
Telephone: (702) 299-5083
Email: mike@mrlawlv.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICAH KALENOWSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>Defendants. | Case No.: 2:20-cv-01743-GMN-VCF<br><br>**STIPULATION TO EXTEND DEADLINES FOR BRIEFING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff MICAH KALENOWSKI and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, JORDAN MILLER, MARCUS MARTIN, and BRIAN FORTNER (collectively the "Parties"), acting through their respective counsel of record, respectfully submit this First Stipulation to Extend Deadlines for Briefing on Defendants' Motions for Summary Judgment (ECF Nos. 103, 104, 105, 106). This is the first stipulation for extension of time to respond to these motions.

Given unexpected conflicts arising in the schedule of counsel for the Plaintiff, the Parties have agreed to jointly request the Court's Order extending the response deadline by two weeks, from October 4, 2023 to October 18, 2023, and the reply deadline by one week, from November 1, 2023, to November 8, 2023.

This extension is being requested in good faith and will not delay further proceedings in this Case.

By: */s/ Lyssa S. Anderson*
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Attorneys for Defendants

By: */s/ Michael J. Mcavoyamaya*
Michael J. Mcavoyamaya, Esq.
Nevada Bar No. 14082
600 S. 8th Street
Las Vegas, NV 89121
Tel.: (702) 299-5083
mike@mrlawlv.com
*Attorney for Plaintiff Debbie Miller*

ORDER

Good cause appearing, the foregoing Stipulation to Extend Deadlines for Briefing on the Motions for Summary Judgment is granted. Responses shall be filed on or before October 18, 2023; and Replies shall be filed on or before November 8, 2023.

United States District Court Judge

Dated: September 28, 2023