# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Micah D. Kalenowski,

        Plaintiff(s),

v.

City of Las Vegas, Nevada, et al.,

        Defendant(s).

2:20-cv-01743-GMN-VCF

**ORDER**

    The parties have stipulated to continue the settlement conference set for November 16, 2023. ECF Nos. 108 and 120. Good cause exists to grant this request. Unfortunately, my calendar does not permit setting a continued settlement conference before my retirement on January 7, 2024.

    Accordingly,

    I ORDER THAT the settlement conference scheduled for November 16, 2023, is VACATED.

    The parties may expect that, after January 7, 2024, an order will be entered setting a date for the continued settlement conference.

    DATED this 6th day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE