LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com
*Attorneys for Defendants*
*Las Vegas Metropolitan Police Department*
*Brian Fortner, Jordan Miller, and Marcus Martin*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICAH D. KALENOWSKI, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LAS VEGAS, NEVADA, et al. <br><br> Defendants. | Case No.:   2:20-cv-01743-GMN-VCF <br><br> **STIPULATION TO EXTEND TIME TO FILE A REPLY IN SUPPORT OF THE MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 103, 104, 105, 106]** <br> *Second Request* |

Defendants Las Vegas Metropolitan Police Department, Brian Fortner, Jordan Miller, and Marcus Martin (collectively, "LVMPD Defendants"), through their counsel, Kaempfer Crowell, and Plaintiff Micah D. Kalenowski, through his counsel, McAvoy Amaya & Revero, stipulate and agree to extend the current deadline of November 8, 2023, for LVMPD Defendants to file a Reply in support of their Motions for Summary Judgment, (ECF Nos. 103, 104, 105, 106), by nine days, which will create a new deadline of **November 17, 2023**.

1. On September 13, 2023, LVMPD Defendants filed their Motions for Summary Judgment, (ECF Nos. 103, 104, 105, 106).

2. The parties entered into a Stipulation to extend Plaintiff's Response deadlines and ensuing Reply deadlines, (ECF No. 110), which the Court granted on September 28, 2023, (ECF

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3577960_1.doc  6943.200

Page 1 of 2

No. 113), making new deadlines for Responses of October 18, 2023, and for Replies of November 8, 2023.

3. Plaintiff timely filed Responses by the October 18, 2023, deadline.

4. Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1 impose a good cause standard to extend the deadline file Replies. "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

5. Good cause exists to extend the deadline for LVMPD Defendants to file their Replies by nine days in light of LVMPD Defendants' counsel briefly being ill and a recently demanding litigation schedule in other matters.

6. An extension of time will ensure that the Court has appropriate briefing before making a ruling. Neither party will suffer prejudice from an extension of time.

DATED this 6th day of November, 2023.

| KAEMPFER CROWELL | McAVOY AMAYA & REVERO |
|---|---|
| By: */s/ Lyssa S. Anderson* | By: */s/. Michael J. McAvoyamaya* |
| LYSSA S. ANDERSON | MICHAEL J. McAVOY-AMAYA |
| Nevada Bar No. 5781 | Nevada Bar No. 14082 |
| KRISTOPHER J. KALKOWSKI | TIMOTHY E. REVERO |
| Nevada Bar No. 14892 | Nevada Bar No. 14603 |
| 1980 Festival Plaza Drive, Suite 650 | 400 S. 4th St., Ste. 500 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89101 |
| *Attorneys for Defendants Las Vegas Metropolitan Police Department, Brian Fortner, Jordan Miller, and Marcus Martin* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

DATED this __7__ day of November, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3577960_1.doc  6943.200

Page 2 of 2