MICHAEL J. MCAVOYAMAYA, ESQ. (14082)
TIMOTHY E. REVERO, ESQ (14603)
MCAVOY AMAYA & REVERO, ATTORNEYS
1100 E. Bridger Ave.
Las Vegas, NV 89101
Telephone:  702.685.0879
Facsimile:    702.995.7137
Mike@mrlawlv.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICAH D. KALENOWSKI,<br><br>　　　　PLAINTIFF,<br><br>　　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD); *ET AL.*<br><br>　　　　DEFENDANTS. | Case No.:  2:20-cv-01743-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINTLY PROPOSED PRETRIAL ORDER**<br>**(SECOND REQUEST)** |

　　COMES NOW the parties, by and through their respective counsel, hereby stipulate to extend the deadline to file a Proposed Joint Pretrial Order and agree as follows:

　　1. The Court previously granted a Stipulation and Order for an extension of the deadline to file a Joint Pretrial Order based on a family emergency with Plaintiff's counsel, which created a new deadline of November 20, 2024, for the parties to submit a Proposed Joint Pretrial Order. (Order, ECF No. 136).

　　2.  The grounds for the prior extension are still present and, as a result, the parties stipulate and agree to a second extension of time lasting 30 days.

3. Additional grounds for the extension arise from Plaintiff's counsel recently experiencing a back injury on November 18, 2024, requiring medical treatment.

4. This second stipulated extension will create a new deadline of December 20, 2024, for the parties to file a Proposed Joint Pretrial Order.

| | |
|---|---|
| MCAVOY AMAYA & REVERO, ATTORNEYS | KAEMPFER CROWELL |
| By  /S/ Michael J. McAvoyAmaya  <br>MICHAEL J. MCAVOYAMAYA, ESQ. (14082)<br>*Attorneys for Plaintiff* | By /S/ Lyssa Anderson  <br>LYSSA S. ANDERSON (5781)<br>1980 Festival Plaza Dr., Ste 650<br>Las Vegas, Nevada 89135<br>Attorney for Defendant |

## ORDER

Based upon the foregoing stipulation of the parties and good cause appearing, it is therefore ORDERED that the parties shall have until December 20, 2024, to file the Jointly Proposed Pretrial Order.

IT IS SO ORDERED.

Dated this  20  day of November, 2024.

_____
United States District Judge