MICHAEL J. MCAVOYAMAYA, ESQ. (14082)
TIMOTHY E. REVERO, ESQ (14603)
MCAVOY AMAYA & REVERO, ATTORNEYS
1100 E. Bridger Ave.
Las Vegas, NV 89101
Telephone:  702.685.0879
Facsimile:   702.995.7137
Mike@mrlawlv.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICAH D. KALENOWSKI,<br><br>PLAINTIFF,<br><br>VS.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT (LVMPD); *ET AL.*<br><br>DEFENDANTS. | Case No.: 2:20-cv-01743-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING JOINTLY PROPOSED PRETRIAL ORDER** |

COMES NOW the parties, by and through their respective counsel, hereby stipulates to extend the deadline to file the trial brief and agree as follows:

1. Plaintiff's counsel's stepmother passed away on August 19, 2024, and he had had to travel to Texas to administer the estate and arrange for care for his father who had a stroke last year. Since returning from Texas, Plaintiff's counsel had had to catch up on numerous cases, draft two appellate briefs and is preparing for trial in early January 2025. Plaintiff has begun drafting the Joint Pretrial Order, but the parties have not had time to meet and confer on the specifics due to the personal issues affecting Plaintiff's counsel's family and work. As such, there is good cause to extend the Jointly Proposed Pretrial Order deadline by

    two (2) weeks to allow the parties to meet and confer to finalize the pretrial order.

2. The present deadline for the Jointly Proposed Pretrial Order is December 20, 2024.

3. The parties agree that the Jointly Proposed Pretrial Order shall be due on or before January 3, 2025.

4. This stipulation is supported by good cause and is not made for the purpose of delay.

| MCAVOY AMAYA & REVERO, ATTORNEYS | KAEMPFER CROWELL |
|---|---|
| By  /S/ Michael J. McAvoyAmaya<br>MICHAEL J. MCAVOYAMAYA, ESQ. (14082)<br>*Attorneys for Plaintiff* | By /S/ Lyssa Anderson<br>LYSSA S. ANDERSON (5781)<br>1980 Festival Plaza Dr., Ste 650<br>Las Vegas, Nevada 89135<br>Attorney for Defendant |

## **ORDER**

Based upon the foregoing stipulation of the parties and good cause appearing, it is therefore ORDERED that the parties shall have until January 3, 2025, to file the Jointly Proposed Pretrial Order.

IT IS SO ORDERED.

Dated this  23  day of December, 2024.

                                                                           _____
                                                                           District Judge

Respectfully Submitted By:

MCAVOY AMAYA & REVERO, ATTORNEYS

By   /S/ Michael J. McAvoyAmaya
MICHAEL J. MCAVOYAMAYA, ESQ. (14082)
*Attorneys for Plaintiff*

-3-