LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
***Attorneys for Defendant***
***Jordan Miller***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICAH D. KALENOWSKI,<br><br>                    Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS; et al.<br><br>                    Defendants. | CASE NO.: 2:20-cv-01743-GMN-MDC<br><br>**STIPULATION AND ORDER TO CONTINUE JURY TRIAL**<br><br>**(2nd Request)** |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff, Micah Kalenowski, and Defendant, Jordan Miller, by and through their counsel (the "Parties"), stipulate and request that the Court continue the jury trial currently scheduled to begin on March 9, 2026, as well as all corresponding trial-related deadlines. (ECF No. 146). The Parties stipulate and request to continue the trial to a corresponding date of availability provided herein, or at the convenience of the Court's calendar. This request for a continuance is made in good faith and not for any improper delay. This is the second request to continue the trial.

/ / /

/ / /

Extensions of deadlines must be supported by a showing of good cause. DeRosa v. Blood Systems, Inc., No. 2: 13-cv-0137-JCM-NJK, 2013 WL 3975764, at *1 (D. Nev. Aug. 1, 2013). Federal Rule of Civil Local Rule 26-3 provides that "A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension." See LR 26-3. Further, "[a] motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline," otherwise the request must also be supported by a showing of excusable neglect. Id. see also LR IA 6-1.

Here, good cause exists to continue the trial date because several witnesses will be unavailable for the current trial setting.  The parties provide the Court the following dates which all witnesses are currently available for trial[1]:

(a) The week of August 3, 2026;

(b) The week of August 17, 2026;

(c) The week of August 24, 2026;

(d) The week of August 31, 2026;

(e) The week of September 7, 2026;

(f) The week of October 5, 2026; and

(g) The week of October 26, 2026.

/ / /

/ / /

/ / /

/ / /

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

The parties respectfully request the Court continue the trial and all related pre-trial deadlines.  The request is made jointly and in good faith to ensure all necessary witnesses are available for trial in this matter.

DATED this 5th day of February, 2026.                DATED this 5th day of February, 2026.

KAEMPFER CROWELL                              McAVOY AMAYA & REVERO

By:    /s/ Lyssa S. Anderson                              By:    /s/Michael McAvoy-Amaya
         LYSSA S. ANDERSON                                    MICHAEL J. McAVOY-AMAYA
         Nevada Bar No. 5781                                    Nevada Bar No. 14082
         KRISTOPHER J. KALKOWSKI                      TIMOTHY E. REVERO
         Nevada Bar No. 14892                                  Nevada Bar No. 14603
         1980 Festival Plaza Drive, Suite 650            400 S. 4th St., Ste. 500
         Las Vegas, Nevada  89135                          Las Vegas, NV  89101

         *Attorneys for Defendants*                          *Attorneys for Plaintiff*
         *Las Vegas Metropolitan Police*
         *Department, Brian Fortner, Jordan*
         *Miller, and Marcus Martin*

**ORDER**

IT IS SO ORDERED that the Trial is continued to the __24th__ day of __August__, 2026; calendar call is continued to the __28th__ day of __July__, 2026; and pre-trial documents are due on the __23rd__ day of __July__, 2026.

DATED this __6__ day of February, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] The parties contacted all witnesses prior to submitting this Stipulation to ensure their availability.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135